**STATEMENT OF FACTS**

On September 26, 2015, at approximately 12:42 p.m., law enforcement responded to the Wells Fargo Bank located at 1804 Adams Mill Road Northwest, Washington, D.C., in reference to a bank robbery. Through investigation, the following was learned:

A suspect entered the bank, approached the teller counter, and passed a note that stated, "give me all your 100, 50 & 20's you've got 30 sec." The teller, hereinafter referred to as "W-1" (Witness 1), gave the suspect approximately $2,740 in United States currency and alerted co-workers of the robbery. W-1 described the suspect as a black male, 5'5" to 5'6" in height, medium to light build, dark skin, light facial hair, no gloves, sunglasses, dreads past his shoulders, red jacket, Redskins bucket hat with multiple Redskins logos, and blue jeans.

A second witness was identified, hereinafter referred to as "W-2." W-2, upon learning of a robbery inside of the bank, followed as the suspect left across the street. W-2 observed the suspect get into the passenger side of a two-door, silver in color, older model Chevy Monte Carlo. W-2 stated the windows to this vehicle were tinted and the Chevy emblem on the back of the vehicle was blue in color. W-2 described the license plate as blue and white and thought it to be a District of Columbia tag. W-2 described the suspect as a black male, dreads past his shoulders, 5'8" to 5'9" in height, light colored blue jeans, Michael Jordan (4's) gray and white sneakers, red jacket, Redskins bucket hat with Redskins logos, no mask or gloves.

A third witness was identified, hereinafter referred to as "W-3." W-3 was driving on Adams Mill Road Northwest when W-3 observed a black male wearing a red winter coat and a Redskins bucket hat with Redskins logos. W-3 observed the black male exit the passenger side of a silver in color Chevy Monte Carlo with a pink Chevy emblem on the rear driver's side quarter panel. The male walked in the direction of the Wells Fargo Bank. W-3 immediately thought that the black male looked suspicious and made a mental note of the male's vehicle.

W-3 provided law enforcement with a partial Maryland tag for the vehicle which was 73517. W-3 called the Metropolitan Police Department after observing these events and learning that a bank robbery had occurred. Members of the Metropolitan Police Department's Command Information Center entered the partial tag into an MPD database and came back with a match on a two-door silver 2001 Chevy Monte Carlo bearing Maryland tag 73517CF.

Through a Maryland Motor Vehicle inquiry, law enforcement learned that the registered owner of this vehicle is Lawrence Cornell Osborne, of Upper Marlboro, Maryland. Osborne is listed as 5'5" in height and 158 pounds. Osborne's Department of Motor Vehicles photograph showed him with shoulder-length dreadlocks. Osborne's appearance from his Motor Vehicle picture along with prior arrest photographs resembles the suspect seen in surveillance pictures taken during the Wells Fargo Bank robbery on September 26, 2015.

On October 14, 2015, the Prince George's County Police Department arrested Osborne on an outstanding warrant for an attempted bank robbery. When arrested, Osborne was driving the 2001 Chevy Monte Carlo bearing Maryland tag 73517CF. Osborne waived his rights and agreed to speak with investigators. During his interview, Osborne confessed to committing the Wells Fargo Bank robbery that occurred on September 26, 2015.

The Wells Fargo Bank is insured through the Federal Deposit Insurance Corporation and is located within the jurisdiction of the District Court for the District of Columbia.

_____
SPECIAL AGENT CHARLES ROONEY
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF OCTOBER, 2015.

_____
U.S. MAGISTRATE JUDGE